IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 14-cr-00467-RBJ | Date: June 15, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: Cathy Bahr | Probation: Gary Burney |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>1. SALVADOR FRAUSTO-MOLINA<br>**Defendant** | *Geoffrey Reiman*<br><br><br><br><br>*Matthew C. Golla* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:** 8:28 a.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** [30] Defendant's Sentencing Statement and Motion for Downward Variance is **GRANTED IN PART and DENIED IN PART.**

**ORDERED:** Defendant shall be **imprisoned** for **30 months** as to Count One of the Indictment, no term of supervised release, no fine imposed.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in California .

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:10 a.m.            Hearing concluded.            Total time:      00:42